UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CECIL EUGENE SHAW,<br>    Plaintiff,<br>v.<br>NICHOLAS GERA, et al.,<br>    Defendants. | Case No. 5:18-cv-06765-EJD<br>**ORDER TO SHOW CAUSE** |

Plaintiff in the above-entitled matter having failed to respond to Defendants' motion to dismiss filed on April 25, 2019 (*See* Dkt. No. 27) by the deadline of May 9, 2019 (*See* Order, Dkt. No. 23),

THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

If plaintiff fails to file a written response to this order to show cause by May 31, 2019, the case shall be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: May 24, 2019

_____
EDWARD J. DAVILA
United States District Judge